IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NARESH PAREKH, § | |
| Plaintiff, § | |
| § | No. 3:10-CV-1591-B-BF |
| v. § | |
| § | |
| DALLAS COUNTY JAIL, § | |
| Defendant. § | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 19th day of November, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE